# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Raymond Smith,<br><br>    Plaintiff<br>v.<br><br>Accredited Home Lenders, et al.<br><br>    Defendants<br><br>ALL RELATED PARTIES AND CLAIMS | 2:15-cv-00565-JAD-GWF<br><br>**Order Canceling Lis Pendens**<br><br>[ECF 13] |

   For the reasons stated on the record during the April 4, 2016, hearing conducted under NRS 14.015, IT IS HEREBY ORDERED that the Notice of Lis Pendens Affecting Real Property filed in this action on February 5, 2016, and recorded as Instrument Number 20160209-0000539 on February 9, 2016 **[ECF 13] is CANCELED**, and Raymond Smith is ORDERED to immediately record a copy of this Order Canceling Lis Pendens with the Clark County Recorder. This cancellation has the same effect as an expungement of the original notice.

   Dated this 4th day of April, 2016.

_____
Jennifer A. Dorsey
United States District Judge